## ELMER AHLQUIST v. VILLAGE OF MORA.[1]

March 22, 1935.

No. 30,289.

*Junell, Driscoll, Fletcher, Dorsey & Barker, Kenneth M. Owen, Donald West, Olin & Butler,* and *Halgren & Gillespie,* for appellant.

*Kyle & Kyle* and *P. S. Olsen,* for respondent.

*Harry H. Peterson,* Attorney General, *David J. Erickson,* Assistant Attorney General, and *Joseph M. Donahue* and *Dwight N. Johnson, amici curiae,* filed a brief in support of the contention of respondent.

PER CURIAM.

The decisions in the cases of Morgan v. Village of Mountain Lake, 194 Minn. 104, 259 N. W. 689, and Interstate Power Co. v. Fairbanks, Morse & Co. 194 Minn. 110, 259 N. W. 691, opinions in which are filed herewith, are controlling of the issues raised by this appeal with respect of claimed violations of provisions of the corrupt practices act.

As to alleged violations of the general election laws, the court's findings—that the election was duly, legally, and properly called and held and duly and legally conducted and that the result of said election was a free, full, and fair expression of the will of the voters

[1]Reported in 259 N. W. 692.

without fraud, duress, or undue influence—are sufficiently supported by the evidence.

Affirmed.

STONE, JUSTICE, took no part.